IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DEAN FOLTZ, individually and on behalf of all others, <br><br> Plaintiffs, <br><br> vs. <br><br> GUITAR CENTER STORES, INC., <br><br> Defendant. | Case No. 2:14-cv-04308-NKL |

**ORDER**

On December 10, 2015, United States Magistrate Judge Matt J. Whitworth recommended [Doc. 47] that the parties' Joint Motion for Final Approval of Class Action Settlement [Doc. 45] be granted. The parties were advised they could file written objections to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No objections were filed.

Review of the record convinces the Court that the recommendation of the Magistrate Judge is correct and should be adopted. The Court therefore orders as follows:

- the Report and Recommendation of December 10, 2015 [Doc. 47] is adopted;

- the parties' Joint Motion for Final Approval of Class Action Settlement [Doc. 45] is granted; and

- the Plaintiffs' claims are dismissed with prejudice, consistent with the foregoing.

/s/ Nanette K. Laughrey
NANETTE K. LAUGHREY
United States District Judge

Dated: December 30, 2015
Jefferson City, Missouri